

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00213-CV

**EATX COFFEE, LLC**,
Appellant

v.

**TEXAS ALCOHOLIC BEVERAGE COMMISSION**,
Appellee

From the 345th District Court, Travis County, Texas
Trial Court No. D-1-GN-15-005355
The Honorable Gisela D. Triana, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and the cause is REMANDED to the trial court for further proceedings. It is ORDERED that appellant, EATX Coffee, LLC, recover its costs of this appeal from appellee, Texas Alcoholic Beverage Commission.

SIGNED December 7, 2016.

_____
Luz Elena D. Chapa, Justice